General Complaint

*FILED SEP 22 2015 Clerk, U.S. District Court Texas Eastern*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

MICHAEL E. WILLIAMS
5815 CANE CREEK CIRCLE
HOLLY CREEK VILLAGE
TYLER, TX. 75703
903 581 1298

List the full name of each plaintiff in this action.

Case Number: 6:15-CV-862 MHS/JDL

CIVIL RACKETEERING AND INFLUENCES CORRUPT ORGANIZATIONS 18 USC 1961-1968

VS.

1) ENVIRONMENTAL PROTECTION AGENCY
GINA McCARTHY
MATTHEW McCARTHY
JACK ARNIAK
1200 PENNSYLVANIA AVE. N.W.
WASHINGTON, D.C. 20460

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I. ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A. In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

(1) Employ Counsel
2. Court - Appointed Counsel
3. Lawyer Referral Service of the State Bar of Texas,
P. O. Box 12487, Austin, Texas 78711.

B. List the name(s) and address(es) of the attorney(s):

VICTORIA ALFORD
ARNOLD & ITKIN
6009 MEMORIAL DRIVE
HOUSTON, TX. 77007
(713-222-3800)

WE ENTERED INTO A SIGNED CONTRACT WITH PETE TROUSELAIR IN DALLAS. POLICE CALLED VICTORIA AND SHE QUIT. INTIMIDATION.

DEFENDANTS CONTINUES (V)

2) Holly Creek Village Home Owners (127)
Holly Creek Village Home Owners Association (127)
Holly Creek Village Board of Directors
Brenda McQuiston or Perry Smith
current and last 3 years.
Current President - Alice Robinson
Yvonne Wright - Property Manager.
1904 Holly Branch Drive
Tyler, TX. 75703 (903 780-6167)

3) Wright-Way Management Co.
Rusty and Yvonne Wright
12863 Old Noon Day Road
Tyler, TX. 75703
903-567-5191

4) Central Mutual Insurance Company
(Insurer of HOA Property)
Chris Watson (General Counsel)
Sarah Schuldt (Adjuster)
Kevin Beach (Regional Manager)
800 South Washington Street
Van Wert, Ohio 45891
(419-238-1010)

5) TXI-Cement
Martin-Marietta Corp. owner
General Counsel Hood
2710 Wycliff Road
Raleigh, N.C. 27607
(919-781-4550)

6) KKR, LLP
Sedgwick Corp. (INSURANCE ADJUSTING)
DAVID SORKIN (GENERAL COUNSEL)
ROSA DURSO (ADMIN ASST.)
CINDY WEAKLEY (INSURANCE ADJUSTER)
KOHLBERG
KRAVIS
ROBERTS
SOLOW BUILDING #4200
9 W. 57th ST.
NEW YORK, N.Y. 10019
(212-750-8300)

7) Rosth Production Co.
DAVID DECKER
3310 S. Broadway Ave. #200
Tyler, TX. 75701
(903) 593-8333
(CENTER POINT ENERGY - MOLLY SMITH (HOUSTON)

8) STATE FARM INSURANCE COMPANY
LISA WHITFIELD (ADJUSTER)
PAUL BOYD, ATTORNEY (VICARIOUS AGENT)
1 STATE FARM PLAZA
Bloomington, ILL. 61701
(306-766-6001)

Co-Conspirators -
KATHLEEN Crouch - ATTORNEY (713-781-2885)

Co-Conspirators -
JAMES Hoyle
KELSEY - SEBOLD
2727 W. Holcombe Blvd.
Houston, TX. 77025
(713-442-0000)

9) Attorney and Title in Law (V.A.)
VICTORIA ALFORD
6009 MEMORIAL DRIVE
HOUSTON, TX. 77007
(713-222-3800)

10) CITY OF TYLER, TEXAS
GARY SWINDELL
OFFICER BAIN
OFFICER REED
OFFICER MATTHEWS
OFFICER ELBAUGH
OFFICER BULMAN
OFFICER MEACHAM
CLAYTON
MARTIN HEINES
DEBORAH PULLUM
ED BROUSSARD
CASTER DEHENY
212 N. BONNER AVENUE
TYLER, TX. 75701
(903-531-1250)

OFFICIALS UNDER COLOR OF LAW HAVE INTENTIONALLY REFUSED TO PERFORM THEIR APPOINTED DUTIES AND INSTRUCTED OFFICERS TO COME TO MY HOME AND ASK ABOUT MY EMAILS (FREEDOM OF SPEECH) THE HOA BUSINESS AND STATE FARM.

CIVIL RIGHTS VIOLATIONS
DUE PROCESS
EQUAL PROTECTION
INVASION OF PRIVACY
INTIMIDATION OF ME AND MY ATTORNEY
(VICTORIA ALFORD.)

C. Results of the conference with counsel:

SHE QUIT DUE TO Tyler Police
Intimidation. Ask her.

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? __X__ Yes __X__ No *To this case*

Involved in over 1000 Criminal & Civil

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: _____

2. Parties to previous lawsuit(s):

Plaintiff _____

Defendant _____

Attach a separate piece of paper for additional plaintiffs or defendants.

*Houston Police Dept. Criminal cases as a Police officer*

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.
HAVE NO INFORMATION I CAN DISCLOSE STILL UNDER CONTRACT with

4. Docket number in other court. TRAVELERS INS. CO.
SEVERANCE AGREEMENT.

5. Name of judge to whom the case was assigned.
_____

6. Disposition: Was the case dismissed, appealed or still pending?
_____

7. Approximate date of disposition. _____

III. Parties to this suit:

    A. List the full name and address of each plaintiff:

        Pla #1 Michael Williams V. City of Houston TX. Supreme Court Decision in my Favor - et al

        Pla #2 Sealed File.

    B. List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1: _____

        Dft #2: _____

        Dft #3 _____

    Attach a separate sheet for additional parties.

IV: Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

I serve at the pleasure of the President of the United States - POTUS Have since 1963 - Oath to protect and defend against all enemies foreign and domestic. I am a federal witness for the EPA - FBI - DOJ and Secret Service.

This case is a proper RICO action to prosecute those domestic terrorists that would destroy the very fabric of the life we now enjoy.

1) EPA notified of toxic situation and issued report, while on the scene I was threatened.

2) Notification of toxic hazardous waste stated 4 years back with City of Tyler over our community discharge of swimming pool waste into surface water. Clayton Nicolardi for City.

3) Since 2008 I was asked to take a $1000.00 bribe to be quiet from HOA.

4) After verbal issues with neighbors, I was refused time to speak at a board meeting, clear violation of Texas Property / HOA laws, freedom of speech.

5) Perry Smith asked Main Street Physicians - Jenny Clark-Tim (asst) to keep out blacks. Brenda McRuston stated "we don't have any of them. (HOA Recording)

6) I confirmed with Tim on the telephone. Recording.

7) I told people at several meetings I have black lineage.
I was then ostracized.

8) On 2-23-15, while returning from the Shreveport VA for a physical on Hwy. 271, just left the Shell Truck stop. Have fuel time ticket.
My vehicle was intentionally struck and pushed off the road into a ditch.
Police called.

9) EMS to ETMC ER.
Head injury
Abnormal tremors.

10) My Insurance Auto (State Farm) interviewed me 11 times.
I have photos of vehicle.

11) State Farm used manipulated repair invoices. From $17k to $20k when I exposed the truth. Then car totaled.

12) MVA Report manipulated by Tyler Police.

13) After 3 months denies impact.
Police abuse of power.
Lisa Whitfield
Paul Boyd.

14) I ALSO ADVISED PAUL BOYD AFTER CONTRACTS SIGNED.
I TOLD CASEY AT PAUL BOYD OFFICE ABOUT VICTORIA.
POLICE CALL VICTORIA.

15) I SEND MANY EMAILS UNDER FREEDOM OF SPEECH - DUE PROCESS - EQUAL RIGHTS TO CITY POLICE AND CITY ATTORNEY.

16) OFFICERS MATTHEWS, ERBAUGH AND BURROW COME TO MY HOME AND SEPARATE ME FROM MY WIFE AND QUESTION ME REGARDING EMAILS, HOA, AND STATE FARM ISSUES.
UNDER COLOR OF LAW.

17) WRIGHT-WAY MANAGEMENT COMPANY (HOA) ALLOW AND INSTRUCT TXI-MARTIN MARIETTA TO DISCHARGE RAW CEMENT INTO THE ONLY DRAIN ON MY STREET.

18) TXI-HOA LATER CITY CITATION FOR DISCHARGE INTO DRAIN - 2 VIOLATIONS.

19) WHEN TXI-CEMENT TRUCK ATTEMPTED TO FLEE, I CALLED THE POLICE, ATTEMPTED TO IDENTIFY THE DRIVER.

20) ANOTHER PERSON WEARING A MARTIN-MARIETTA SHIRT PUSHED ME AWAY AND FRACTURED MY 10th RIB.
DAMAGED ANKLE.

21) OFFICER REED RESPONDED. NO INVESTIGATION.

22) TXI MARK BASS NOTIFIED. NO INVESTIGATION.

23) CITY CHIEF OF POLICE AND CITY ATTORNEY NOTIFIED. NO INVESTIGATION.

24) CENTRAL INSURANCE COMPANY FOR OUR 28 ACRES. NO INVESTIGATION. THEN DENIED.

25) TXI - MARTIN MARIETTA HIRES SEDGWICK TO INVESTIGATE TXI INCIDENT. NO INVESTIGATION THEN DENIED

26) CENTRAL CORP. CO-CONSPIRATOR

27) KKR OWNS SEDGWICK. CONTACTED GC SORKIN. TALK TO ROSA DUESO. NO INVESTIGATION. CLAIM DENIED.

28) LETTERS FROM ALL IN U.S. MAIL. MAIL & WIRE FRAUD. ALTERED DOCUMENTS.

29) TEXAS BAR GRIEVANCE ON VICTORIA ALVORD, PAUL BOYD AND DEBORAH PULLUM.

30) CITY ORGANIZES A MASSIVE JOINT CONSPIRACY TO DEPRIVE ME OF DUE PROCESS AND EQUAL PROTECTION UNDER THE LAW.

31) Roosth Production Company owns one gas well on our 28 acres. Citations for violations of toxic spill.

32) David Decker with Roosth told me I was stupid to buy in this community. 500 acres of oil spill/contamination.

33) EPA violations.
City violations.
Our 28 acres.

34) All Defendants are inextricably connected by a solid chain of evidence to defame me — threaten me — and break my rib.

35) Locale chattel is my life will be diminished by death.

For these reasons with evidence that is clear and convincing I request a judge - (sitting) Federal Justice, to hear my case in trial in an open courtroom, to the general public and the news media.

May God Bless the United States of America.

I apologize for the writing. It is not easy with tremors. Unable to type with tremors/Parkinsonian

V. Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

Strong Federal Jurist Trial, Senior Jurist.
No Jury Requested.
Open To Public.
Open To News Media with Video.
A Left Eye and Left Ear Hearing and Head Injury, Defamation, Civil Rights, Value $10,000,000.00 m.
I want the world to know there is Justice for those called a Nigger.

Signed this 22 day of September, 2015.

[signature: Michael E Willis]
5815 Cross Creek Cr.
Tyler, TX. 75703

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: 9-22-15
Date

[signature: M E Willis]
5815 Cross Creek Cr.
Tyler TX. 75703
Signature of each plaintiff

903-581-1295