United States District Court

**FILED**
OCT 06 2015
Clerk, U.S. District Court
Texas Eastern

Michael Williams

Vs.

EPA

6:15-CV-862

## Motion For Hearing Sanctions

Defendants
Holly Creek Village HOA — Travelers Ins.
Holly Creek Village Home Owners — Central Ins.
Yvonne Wright — Wright Way (Independent Contractor)
  Separate Insurance

Are all Represented By the Same Counsel.
All are Adverse parties.
ABA 1-7, 1-8, 1-9, 1.18

---

6th Circuit US v. DeSantis 2012
"Reckless Disregard of the Truth or Acts.
"So obvious that the Actor must have been Aware of it"
3rd Circuit — "Willfull Blindness" 2012
7th Circuit — Escape By Ignorance
  "Ostrich Instruction"

M E Williams