IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
Tyler, TX. DIVISION

~FILED~

OCT 26 2015

Clerk, U.S. District Court
Texas Eastern

1 of 2

MICHAEL E. WILLIAMS
    PLAINTIFF,

VS.

ENVIRONMENTAL PROTECTION
Agency (US)

ET AL - DEFENDANTS

| ~RACKETEERING~ AND
| ~INFLUENCE CORRUPT~
| ORGANIZATIONS
|
| CIVIL ACTION -
|
| 6:15-CV-862
|

---

MOTION TO RECUSE ALL OF FEDERAL COURT JUDICIAL (TEXAS)
JUDGES FROM THIS CASE AND -

APPOINT - JUDGE LESLIE JOYCE ABRAMS (AS VISITING JUDGE)
    U.S. DISTRICT COURT - MIDDLE DISTRICT OF GEORGIA.

REASON - CONSTITUTIONAL ISSUES - "ESTABLISH JUSTICE"
    ARTICLE 4 - PAPERS AND EFFECTS (POLICE INTRUSION)
    ARTICLE 5 - DEPRIVED OF LIBERTY (WIFE CAPTIVE)
    ARTICLE 6 - NO CRIMINAL INVESTIGATION OF ASSAULT
  * ARTICLE 9 - DISPARAGE THOSE RETAINED (POLICE CONTACT)
    ARTICLE 13 - SLAVERY (JUDICIAL MISCONDUCT)
  * ARTICLE 14 - DUE PROCESS - EQUAL RIGHTS PROTECTION
    (NO POLICE INVESTIGATION) RACIAL ISSUES
    STATE AND City OF Tyler INTENTIONAL -
    - INTENTIONAL DEPRIVATION OF LIFE + LIBERTY
    BY POLICE - UNDERCOLOR OF LAW AND LICENSED
    BY TEXAS.

NO SITTING TEXAS FEDERAL JUDGE CAN RISE ABOVE THE RACIAL
AND POLITICAL TEXAS ENVIRONMENT. AND DO THEIR "JOB".
JUSTICE BRANDIES

RE: PUBLIC CONTRACTS - PUBLIC POLICY - IMPLIED AND WRITTEN.
    CHARLES RIVER BRIDGE V. WARREN BRIDGE (1837) ED. 773
    RULE IN FAVOR OF THE PUBLIC.

Public Trust is mandatory in a free society. Without Trust where is the truth. The truth and justice is what we seek. We the People - All men are created equal no matter the lineage. I do not believe Smith County or Texas is equal in rights to the courts, I have been called a nigger in my home! Do the Texas Federal Judicial System actually accept "We the people". God made man in his image! Our constitution and Bill of Rights coupled with our declaration of independence mandates civil rights. Being a retired Houston Police officer, my view points are vast. And Smith County and the City of Tyler disavow equal rights. Since the "Katrina People" arrived in Tyler, civility has changed to animosity of those with color. The 3 police officers on my door step was to mask the proven - and - Frequently used approach as official and sanctioned control by design. moving my wife to a separate room and controlling her physical position was official oppression.

I do not believe a sitting Federal Court Judge in Texas can "Rise Above and show a profound "courage" to protect the public policy or "Trust" in the judicial system.

What defines a public policy - "The means by which a government maintains order or addresses the needs of its citizens, through actions defined by the constitution!".

Integrity - Morality - Freedom of speech - Due process - Equality is what maintains a proper society. If not, then none of us can or will survive!

Plaintiff - M₣ Willie