In the United States District Court
For the Eastern District of
Tyler, TX. Division

FILED
OCT 26 2015
Clerk, U.S. District Court
Texas Eastern

| Michael E. Williams Plaintiff, | Racketeering and Influence Corrupt Organizations |
| --- | --- |
| Vs. Environmental Protection Agency (US) Et Al - Defendants | Civil Action - 6:15-CV-862 |

Motion to Amend Petition to $100,000,000.00 Million in Damages.

Defendant - City of Tyler, Et Al

Defendants used Tyler Police Department officers as co-conspirators to under color of law to great harm (of plaintiff) Police chief notified by email of Death Threat - contract from Oklahoma and conspired to conceal with others. Et Al

Defense attorney wants to limit the police and others in testimony.

340 BC - The only difference between people and animals is Justice.

M E Williams
Plaintiff