IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER, TX. DIVISION

FILED
OCT 26 2015
Clerk, U.S. District Court
Texas Eastern

MICHAEL E. WILLIAMS
    PLAINTIFF,

Vs.

ENVIRONMENTAL PROTECTION
AGENCY (US)
ET AL - DEFENDANTS

| ~~RACKETEERING~~ AND
INFLUENCE CORRUPT
ORGANIZATIONS

CIVIL ACTION -
6:15-CV-862

---

MOTION FOR SUMMARY JUDGEMENT
    RULE 56

DEFENDANTS - CENTRAL INSURANCE ET AL
WITH CO-CONSPIRATORS

FAILED TO RESPOND IN 21 DAYS.

12 (4)(1)(A)(1)
12 (A)(1)(B)

JOINT AND SEVERAL DAMAGES

$1,000,000.00

PHYSICAL - EMOTIONAL AND DEFAMATION.

DEFENDANT CONSPIRED WITH OTHERS TO USE LAW
ENFORCEMENT (UNDER COLOR OF LAW) TO CAUSE
MY ATTORNEY OF RECORD (VICTORIA ALFORD) HARM.

    ME Williams
    PLAINTIFF