IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER, TX. DIVISION

FILED OCT 26
Clerk, U.S. District Court
Texas Eastern

MICHAEL E. WILLIAMS
  PLAINTIFF,

Vs.

ENVIRONMENTAL PROTECTION
AGENCY (US)
ET AL - DEFENDANTS

RACKETEERING AND
INFLUENCE CORRUPT
ORGANIZATIONS
CIVIL ACTION —
6:15-CV-862

MOTION FOR SUMMARY JUDGEMENT
         RULE 56

12 (A)(1)(A)(i)
12 (A)(1)(B)

DEFENDANT - YVONNE WRIGHT
              WRIGHT WAY MANAGEMENT

DEFENDANT IS PROHIBITED FROM USING TRAVELERS INSURANCE AND LAWYERS DUE TO ACTIVITIES NOT INSURED. VIOLATION OF HOUSE BILL 503 - SECTION 209.0052 TEXAS PROPERTY CODE (HOA) PROHIBITS USING RELATIVES BY HOA BOARD OF DIRECTORS. YVONNE IS A RELATIVE OF BRENDA McQUISTON. BRENDA CONSPIRED ET AL TO TERMINATE MAIN STREET MANAGEMENT AND HIRE YVONNE. PERRY SMITH AND BRENDA McQUISTON QUESTIONED (TIM) ON HOW TO VIOLATE HUD AND KEEP BLACKS OUT.

                              PLAINTIFF
                              ME Williams