IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MICHAEL E. WILLIAMS | § |
| | § |
| *Plaintiff,* | § |
| | § CIVIL ACTION NO. 6:15-CV-862 |
| V. | § |
| | § |
| ENVIRONMENTAL PROTETCTION AGENCY ET AL | § |
| | § |
| *Defendant.* | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Magistrate Judge issued a Report and Recommendation concluding that Plaintiff's Motions for Summary Judgment should be denied (Doc. Nos. 35, 37, 38, 39, & 40).

The Report and Recommendation of the Magistrate Judge, which contains his findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration (Doc. No. 62). The parties have made no objections to the Report and Recommendation. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Plaintiff's Motions for Summary Judgment (Doc. Nos. 35, 37, 38, 39, & 40) are **DENIED**.

**SIGNED this 3rd day of March, 2016.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE