UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
211 W. FERGUSON ST.
TYLER, TEXAS 75702

OFFICIAL BUSINESS

7011 3500 0001 4781 1768

CERTIFIED MAIL™

MICHAEL E WILLIAMS
Holly Creek Village
5815 Cross Creek Circle
Tyler, TX 75703

RETURN TO SENDER
REFUSED
MAILED FROM ZIP CODE 75702

REF

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael E. Williams
   5815 Cross Creek Cir
   Tyler TX 75703

   9590 9402 1194 5246 2805 61

2. Article Number (Transfer from service label)

   7011 3500 0001 4781 1768

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   6:15cv862
   #70 Order

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt