**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **MICHAEL E. WILLIAMS** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **CIVIL ACTION NO. 6:15-CV-862** |
| | § | |
| **V.** | § | |
| | § | |
| **ENVIRONMENTAL PROTECTION** | § | |
| **AGENCY ET AL** | § | |
| | § | |
| *Defendant.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Magistrate Judge issued a Report and Recommendation concluding that Defendants Chris Wasson's and Defendant Central Mutual Insurance Company's Motion to Dismiss pursuant to FED. R. CIV. P. 12(b)(6) should be granted (Doc. No. 77).

The Report and Recommendation of the Magistrate Judge, which contains his findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration (Doc. No. 80). The parties have made no objections to the Report and Recommendation. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Defendants' Motion to Dismiss (Doc. No. 77) is **GRANTED**, and Defendants Chris Wasson and Central Mutual Insurance Company are **DISMISSED WITH PREJUDICE**.

**SIGNED this 24th day of March, 2016.**


_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE