**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **MICHAEL E. WILLIAMS** § | |
| § | |
| *Plaintiff,* § | |
| § | **CIVIL ACTION NO. 6:15-CV-862** |
| § | |
| **V.** § | |
| § | |
| **ENVIRONMENTAL PROTECTION** § | |
| **AGENCY ET AL** § | |
| § | |
| *Defendant.* § | |

## FINAL JUDGMENT

Pursuant to the Court's Order dismissing Defendants Chris Wasson and Central Mutual Insurance Company, the only remaining Defendants in this case, the Court hereby enters Final Judgment.

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**SIGNED this 24th day of March, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE